FILED
**April 23, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Debtor Name
IN RE: EBONY ROBINSON

Chapter        13

Case No: 1:26-bk-00940- HWV

MOTION TO EXTEND TIME TO FILE
SCHEDULE, STATEMENTS and OTHER
REQUIRED DOCUMENTS

## MOTION TO EXTEND TIME TO FILE SCHEDULE, STATEMENTS AND OTHER REQUIRED DOCUMENTS.

The Debtor kindly asks this court to extend the time to file and submit 2024, and 2025 tax returns. Debtor has reached out to both the state and local IRS for further direction. PA department of Revenue has requested that the Debtor files a complete and accurate tax return before the debtor attends the 341 meeting. Debtor has begun working within the IRS tax portal to apply credits and retrieve transcripts needed to complete an accurate filing. Debtor agrees to have both years filed and submitted to the Trustee one week before the 341 meeting.

WHEREFORE, we ask this Honorable court to GRANT, the Debtors Order to extend the time to file and submit the required documents.

Respectfully Submitted,

EBONY ROBINSON©
ALL RIGHTS RESERVED
Sui, Juris Capacity
Erob316@yahoo.com
PO.BOX 1254
YORK PA 17405
4/20/2026

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Debtor Name
EBONY ROBINSON

    Movant

  vs

Chapter  13

Case No: 1:26-bk-00940- HWV

MOTION TO EXTEND TIME TO FILE
SCHEDULE, STATEMENTS and OTHER
REQUIRED DOCUMENTS

### ORDER

AND NOW, This  day of    2026, Upon Consideration of the Debtors

Motion to Extend Time to File Required Documents, it is ORDERED that the MOTION is

GRANTED for a period of   days not to exceed   days from the date of this

ORDER.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Debtor Name
EBONY ROBINSON

Chapter          13

Case No: 1:26-bk-00940- HWV

MOTION TO EXTEND TIME TO FILE
SCHEDULE, STATEMENTS and OTHER
REQUIRED DOCUMENTS

## CERTIFCATE OF SERVICE

I hereby certify true and correct copies of the forgoing Movants Motion to Extend time t file

Schedules, statements, and other required documents were served by 1st class mail to the

person(s) on the date listed below:

TRUSTEE: Jack N. Zaharopoulos
8125 Adams Drive Suite A
Hummelstown, Pa 17036

CLERK OF COURTS
Sylvia H. Rambo US Courthouse.
1501 N. 6th Street
Harrisburg, PA 17102

Date: 4/22/2026

By: EBONY ROBINSON©
ALL RIGHTS RESERVED