County of York, Pennsylvania | Advice Amount: $1,557.48

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 02/26/2026 | 02/21/2026 | 267839 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| HRLY FT | $0.00 | 64.00 | $1,537.92 | $6,523.24 |
| PTO UPLD H | $0.00 | 8.00 | $192.24 | $310.11 |
| HOLIDAY HR | $0.00 | 8.00 | $192.24 | $576.72 |
| PTO PLND H | $0.00 | 0.00 | $0.00 | $69.81 |
| ADMINLEAVE | $0.00 | 0.00 | $0.00 | $192.24 |
| TOTAL | | 80 | $1,922.40 | $7,672.12 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| **Tax** | | | | |
| SOCIAL SECUR | $116.71 | $465.76 | $116.71 | $465.76 |
| MEDICARE | $27.30 | $108.93 | $27.30 | $108.93 |
| PA STATE TAX | $57.79 | $230.62 | $0.00 | $0.00 |
| YORK CITY RS | $23.53 | $93.90 | $0.00 | $0.00 |
| PA UC TAX | $1.35 | $5.38 | $0.00 | $0.00 |
| LOCSERVTAX | $2.17 | $8.68 | $0.00 | $0.00 |
| **Benefit** | | | | |
| MED/RX HDHP | $25.68 | $102.72 | $616.46 | $2,465.84 |
| BAS VIS | $0.00 | $0.00 | $3.29 | $13.16 |
| BAS DEN | $14.27 | $57.08 | $9.59 | $38.36 |
| HSA | $0.00 | $0.00 | $0.00 | $1,600.00 |
| RETIREMENT | $96.12 | $383.61 | $0.00 | $0.00 |
| **Other** | | | | |
| TOTAL | $364.92 | $1,456.68 | $794.86 | $4,777.48 |

### DEPOSITS

| | |
|---|---|
| WELLS FARGO BANK | $1,557.48 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $100,000.00 | $0.00 | $0.00 |

✉ THANK YOU FOR YOUR CONTINUED SERVICE TO OUR YORK COUNTY CITIZENS!

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| PTO | 73.1500 | 0.0000 | 8.0000 | 65.1500 | 20.0000 | 16.0000 |
| COMP | 1.5000 | 0.0000 | 0.0000 | 1.5000 | 0.0000 | 0.0000 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | S | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,786.33 | $7,128.71 |
| Gross Pay | $1,922.40 | $7,672.12 |
| Deductions | $364.92 | $1,456.68 |
| Net Pay | $1,557.48 | $6,215.44 |

FILED '26 APR 23 AM 9:47
CLERK, US COURT, PAMB





COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

| Advice Date | Advice Number |
|---|---|
| 02/26/2026 | 267839 |

*** One Thousand Five Hundred Fifty-Seven Dollars And Forty-Eight Cents *** | **$1,557.48**

Pay To
The
Order Of

L280
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

# DIRECT DEPOSIT
# NON-NEGOTIABLE



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

**Forwarding Service Requested**

L280                                   267839
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

County of York, Pennsylvania

Advice Amount: $1,557.48

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|--------|---------------|------------|------|-------------|---------------|-----------|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 02/26/2026 | 02/21/2026 | 267839 |

| EARNINGS | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|----------|----------|---------|-----|------------|---------|-----|-------|-----------|
| | | | | BASIC LIFE | $0.00 | $0.00 | $6.72 | $26.74 |
| | | | | COUNTY STD | $0.00 | $0.00 | $14.79 | $58.69 |

County of York, Pennsylvania

Advice Amount: $1,557.49

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 03/26/2026 | 03/21/2026 | 271882 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| HRLY FT | $0.00 | 61.00 | $1,465.83 | $9,641.13 | Tax | | | | |
| PTO PLND H | $0.00 | 16.50 | $396.50 | $586.46 | SOCIAL SECUR | $116.71 | $699.19 | $116.71 | $699.19 |
| ADMINLEAVE | $0.00 | 2.50 | $60.08 | $336.43 | MEDICARE | $27.30 | $163.52 | $27.30 | $163.52 |
| PTO UPLD H | $0.00 | 0.00 | $0.00 | $376.19 | PA STATE TAX | $57.79 | $346.20 | $0.00 | $0.00 |
| HOLIDAY HR | $0.00 | 0.00 | $0.00 | $576.72 | YORK CITY RS | $23.53 | $140.96 | $0.00 | $0.00 |
| TOTAL | | 80 | $1,922.41 | $11,516.93 | PA UC TAX | $1.35 | $8.08 | $0.00 | $0.00 |
| | | | | | LOCSERVTAX | $2.17 | $13.02 | $0.00 | $0.00 |
| | | | | | Benefit | | | | |
| | | | | | MED/RX HDHP | $25.68 | $154.08 | $616.46 | $3,698.76 |
| | | | | | BAS VIS | $0.00 | $0.00 | $3.29 | $19.74 |
| | | | | | BAS DEN | $14.27 | $85.62 | $9.59 | $57.54 |
| | | | | | HSA | $0.00 | $0.00 | $0.00 | $1,600.00 |
| | | | | | RETIREMENT | $96.12 | $575.85 | $0.00 | $0.00 |
| | | | | | Other | | | | |
| | | | | | TOTAL | $364.92 | $2,186.52 | $794.86 | $6,367.20 |

| DEPOSITS | |
|---|---|
| WELLS FARGO BANK | $1,557.49 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $100,000.00 | $0.00 | $0.00 |

THANK YOU FOR YOUR CONTINUED SERVICE TO OUR YORK COUNTY CITIZENS!

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| PTO | 70.7334 | 0.0000 | 16.5000 | 54.2334 | 33.3334 | 40.2500 |
| COMP | 1.5000 | 0.0000 | 0.0000 | 1.5000 | 0.0000 | 0.0000 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | S | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,786.34 | $10,701.38 |
| Gross Pay | $1,922.41 | $11,516.93 |
| Deductions | $364.92 | $2,186.52 |
| Net Pay | $1,557.49 | $9,330.41 |



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

Advice Date
03/26/2026

Advice Number
271882

\*\*\* One Thousand Five Hundred Fifty-Seven Dollars And Forty-Nine Cents \*\*\*

$1,557.49

L280
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

Pay To The Order Of

# DIRECT DEPOSIT
# NON-NEGOTIABLE



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

**Forwarding Service Requested**

L280                                        271882
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

County of York, Pennsylvania

Advice Amount: $1,557.49

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 03/26/2026 | 03/21/2026 | 271882 |

| EARNINGS | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|
| | | | | BASIC LIFE | $0.00 | $0.00 | $6.72 | $40.18 |
| | | | | COUNTY STD | $0.00 | $0.00 | $14.79 | $88.27 |

County of York, Pennsylvania

Advice Amount: $1,557.48

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 03/12/2026 | 03/07/2026 | 269860 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|---|
| HRLY FT | $0.00 | 68.75 | $1,652.06 | $8,175.30 | Tax | | | | |
| PTO UPLD H | $0.00 | 2.75 | $66.08 | $376.19 | SOCIAL SECUR | $116.72 | $582.48 | $116.72 | $582.48 |
| PTO PLND H | $0.00 | 5.00 | $120.15 | $189.96 | MEDICARE | $27.29 | $136.22 | $27.29 | $136.22 |
| ADMINLEAVE | $0.00 | 3.50 | $84.11 | $276.35 | PA STATE TAX | $57.79 | $288.41 | $0.00 | $0.00 |
| HOLIDAY HR | $0.00 | 0.00 | $0.00 | $576.72 | YORK CITY RS | $23.53 | $117.43 | $0.00 | $0.00 |
| TOTAL | | 80 | $1,922.40 | $9,594.52 | PA UC TAX | $1.35 | $6.73 | $0.00 | $0.00 |
| | | | | | LOCSERVTAX | $2.17 | $10.85 | $0.00 | $0.00 |
| | | | | | Benefit | | | | |
| | | | | | MED/RX HDHP | $25.68 | $128.40 | $616.46 | $3,082.30 |
| | | | | | BAS VIS | $0.00 | $0.00 | $3.29 | $16.45 |
| | | | | | BAS DEN | $14.27 | $71.35 | $9.59 | $47.95 |
| | | | | | HSA | $0.00 | $0.00 | $0.00 | $1,600.00 |
| | | | | | RETIREMENT | $96.12 | $479.73 | $0.00 | $0.00 |
| | | | | | Other | | | | |
| | | | | | TOTAL | $364.92 | $1,821.60 | $794.86 | $5,572.34 |

| DEPOSITS | |
|---|---|
| WELLS FARGO BANK | $1,557.48 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $100,000.00 | $0.00 | $0.00 |

☒ THANK YOU FOR YOUR CONTINUED SERVICE TO OUR YORK COUNTY CITIZENS!

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| PTO | 65.1500 | 13.3334 | 7.7500 | 70.7334 | 33.3334 | 23.7500 |
| COMP | 1.5000 | 0.0000 | 0.0000 | 1.5000 | 0.0000 | 0.0000 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | S | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,786.33 | $8,915.04 |
| Gross Pay | $1,922.40 | $9,594.52 |
| Deductions | $364.92 | $1,821.60 |
| Net Pay | $1,557.48 | $7,772.92 |



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

Advice Date
03/12/2026

Advice Number
269860

*** One Thousand Five Hundred Fifty-Seven Dollars And Forty-Eight Cents ***

**$1,557.48**

L280
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

Pay To The Order Of

# DIRECT DEPOSIT
# NON-NEGOTIABLE



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

**Forwarding Service Requested**

L280                              269860
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

County of York, Pennsylvania

Advice Amount: $1,557.48

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 03/12/2026 | 03/07/2026 | 269860 |

| EARNINGS | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|
| | | | | BASIC LIFE | $0.00 | $0.00 | $6.72 | $33.46 |
| | | | | COUNTY STD | $0.00 | $0.00 | $14.79 | $73.48 |

County of York, Pennsylvania                                      Advice Amount: $1,557.49

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 02/12/2026 | 02/07/2026 | 265815 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| HRLY FT | $0.00 | 72.00 | $1,730.16 | $4,985.32 |
| ADMINLEAVE | $0.00 | 8.00 | $192.24 | $192.24 |
| PTO UPLD H | $0.00 | 0.00 | $0.00 | $117.87 |
| PTO PLND H | $0.00 | 0.00 | $0.00 | $69.81 |
| HOLIDAY HR | $0.00 | 0.00 | $0.00 | $384.48 |
| TOTAL | | 80 | $1,922.40 | $5,749.72 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| **Tax** | | | | |
| SOCIAL SECUR | $116.71 | $349.05 | $116.71 | $349.05 |
| MEDICARE | $27.29 | $81.63 | $27.29 | $81.63 |
| PA STATE TAX | $57.79 | $172.83 | $0.00 | $0.00 |
| YORK CITY RS | $23.53 | $70.37 | $0.00 | $0.00 |
| PA UC TAX | $1.35 | $4.03 | $0.00 | $0.00 |
| LOCSERVTAX | $2.17 | $6.51 | $0.00 | $0.00 |
| **Benefit** | | | | |
| MED/RX HDHP | $25.68 | $77.04 | $616.46 | $1,849.38 |
| BAS VIS | $0.00 | $0.00 | $3.29 | $9.87 |
| BAS DEN | $14.27 | $42.81 | $9.59 | $28.77 |
| HSA | $0.00 | $0.00 | $0.00 | $1,600.00 |
| RETIREMENT | $96.12 | $287.49 | $0.00 | $0.00 |
| **Other** | | | | |
| TOTAL | $364.91 | $1,091.76 | $794.85 | $3,982.62 |

| DEPOSITS | |
|---|---|
| WELLS FARGO BANK | $1,557.49 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $100,000.00 | $0.00 | $0.00 |

✉ THANK YOU FOR YOUR CONTINUED SERVICE TO OUR YORK COUNTY CITIZENS!

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| PTO | 63.1500 | 10.0000 | 0.0000 | 73.1500 | 20.0000 | 8.0000 |
| COMP | 1.5000 | 0.0000 | 0.0000 | 1.5000 | 0.0000 | 0.0000 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | S | 0 | $0.00 |
| State | | 0 | $0.00 |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $1,786.33 | $5,342.38 |
| Gross Pay | $1,922.40 | $5,749.72 |
| Deductions | $364.91 | $1,091.76 |
| Net Pay | $1,557.49 | $4,657.96 |



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

Advice Date
02/12/2026

Advice Number
265815

*** One Thousand Five Hundred Fifty-Seven Dollars And Forty-Nine Cents ***               **$1,557.49**

L280
Pay To
The
Order Of
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

# DIRECT DEPOSIT
# NON-NEGOTIABLE



COUNTY OF YORK
PAYROLL ACCOUNT
28 EAST MARKET ST
YORK, PA 17401

**Forwarding Service Requested**

L280                                    265815
EBONY C ROBINSON
835 WEST POPLAR STREET
YORK, PA 17401

County of York, Pennsylvania

Advice Amount: $1,557.49

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| 28360 | EBONY C ROBINSON | MH/ID YORK CITY 671401 (L280) | BI-WEEKLY | 02/12/2026 | 02/07/2026 | 265815 |

| EARNINGS | DAYS/HRS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|---|---|---|---|
| | | | | BASIC LIFE | $0.00 | $0.00 | $6.72 | $20.02 |
| | | | | COUNTY STD | $0.00 | $0.00 | $14.79 | $43.90 |