**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Ebony Robinson aka Ebony Correnda Robinson**

**BK NO. 26-00940 HWV**

          **Debtor(s)**

**Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
23 Apr 2026, 12:23:59, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Case 1:26-bk-00940-HWV    Doc 24    Filed 04/23/26    Entered 04/23/26 17:04:37    Desc
Main Document      Page 1 of 1

Document ID: 08fd0271a8275ff71598c574a2aceb0c3123918382ac54f81848aeeb05826f21