United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                   Case No. 26-00940-HWV

Ebony Robinson                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                  User: AutoDocke                           Page 1 of 1

Date Rcvd: Apr 23, 2026                      Form ID: ortext                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                   +  Ebony Robinson, PO Box 1254, York, PA 17405-1254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                             Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson
aka Ebony Correnda Robinson

Chapter: 13

Case number: 1:26–bk–00940–HWV

**Debtor 1**

## ORDER

Upon consideration of the Motion to Extend Time to File Schedules, Statements, and Other Documents Required by Federal Rule of Bankruptcy Procedure 1007(b) filed by the Debtor, Doc. 17, and it appearing that all outstanding documents have already been filed, it is ORDERED that the Motion is DENIED as moot. IT IS SO ORDERED on 4/23/2026. /s/Henry W. Van Eck (Price, Lyndsey)

Order Text Entries (Form ortext) (2/19)