# UNITED STATES BANKRUPTY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLAVANIA

In re:                                          :        Case no. 1:26-bk-00940-HWV
Ebony Robinson                                  :
835 West Poplar Street                          :
York, Pa                                        :        Chapter 13
                        Respondent              :

_____

EBONY ROBINSON                                  :
                        Debtor                   :
              V                                  :        OJECTION TO PROOF
                                                 :             OF CLAIM
CAPITAL ONE, NA.,                                :
                        Creditor                 :

---

## OBJECTION TO CREDITORS PROOF OF CLAIM

Now Comes, Ebony Robinson pro se respondent objection to CAPITAL ONE NA., Proof of Claim under 11 U.S.C 502 the following Reasons:

1.)      On 07/17/2024 A Civil complaint was filed in the York County Magisterial District Court 19-1-05 by the Creditor against the respondent.

2.)      An entry of appearance was filed by Robert Louis Baaroska III Esq. from the Law office of HAYT, HAYT & LANDAU LLC., on 07/17/2024

3.)      On 08/09/2024 respondent filed a Notice to Defend against CAPTIAL ONE N.A., civil complaint

4.)      On 09/06/2025 CAPITAL ONE N.A., filed a notice to withdraw the civil complaint, claiming they would prefer to settle the matter outside of court.

5.)      CAPITAL ONE N.A., has not provided the respondent with any offers to settle the matter as requested, or any lawful debt validation items under 15 U.S.C 1692(g)

6.)      CAPITAL ONE NA., filed a proof of claim in this matter under 11 U.S.C 502 (b)(1)

7.)      Creditor failed to attach mandatory supporting documents such as contract, note, or agreement between the creditor and respondent showing the debt actually belongs to the respondent.

8.)      11 U.S.C (d) provides that the courts shall disallow any claim of any entity from which property is recoverable under 11 U.S.C 543 Turnover Property by a Custodian

9.) CAPITAL ONE NA., is a primary subsidiary of CAPITAL ONE FINANCIAL CORPORATION, operating as one of the largest National Banks in the United States, that offers deposit products.

10.) According to CAPITAL ONE SEC public filings its primary investment portfolio consists primarily of U.S Treasury Securities provided by its customers, guaranteed by the U.S Treasury and other agencies

11.) 12 U.S.C 83 (a) generally prohibits no national bank shall make any loan or discount on the security of the shares if its own capital stock.

12.) CAPITAL ONE NA had been empowered by the Comptroller of Currency to act as trustee, executor, administrator, registrar of stocks and bonds, guardian of estates, assignee, receivers, or other fiduciary capacity over assets held from general assets of the bank and shall keep a separate set of books and records showing in proper details all transactions engaged in. Under 12 U.S.C 92(a)

13.) CAPITAL ONE N.A., claim shall be disallowed under 11 U.S.C 502(b) this claim had not been properly proven to be that of the respondent and is unenforceable under appliable law for reasons other than because such claim is contingent or unmatured.

14.) If CAPITAL ONE N.A., is in violation of 31 U.S.C 3729 (a)(1)(A) any person knowingly or causes to be presenting, a false or fraudulent claim for payment or approval.

WHEREFORE, CAPITAL ONE N.A, claim shall be disallowed for payment for failure to comply with all bankruptcy and non-bankruptcy laws.

Date: 05/28/2026                                          By: Ebony Robinson

                                                         _____

                                                         Pro Se Respondent

# Statement of Accounts

## Account Information

| Account Holder(s) | | Account Number(s) | | Creditor Reference |
|---|---|---|---|---|
| EBONY C ROBINSON | | XXXXXXXXXXXX7197 | | |

| Total Claim Amount (pre-petition balance) | Principal Amount | Interest | Fees |
|---|---|---|---|
| $4,262.43 | $3,600.00 | $542.43 | $120.00 |

| Account Open Date | Last Transaction Date | Last Payment Date * | Charge-off Date |
|---|---|---|---|
| 07/22/2018 | 07/20/2023 | 07/20/2023 | 12/09/2023 |

## Creditor Information

| Claimant | Current Creditor |
|---|---|
| Capital One, N.A. by AIS InfoSource LP as agent | Capital One, N.A. by AIS InfoSource LP as agent |

| Previous Creditor | Creditor at Last Account Transaction |
|---|---|
| Not Applicable | Capital One, N.A. |

## Case Information

| Debtor(s) | | | |
|---|---|---|---|
| EBONY ROBINSON | | | |

| Street | City | State | Zip |
|---|---|---|---|
| PO BOX 1254 | YORK | PA | 17405 |

| Case Number | Court | Chapter | Filing Date |
|---|---|---|---|
| 26-00940 | Middle District of Pennsylvania | 13 | 04/08/2026 |

## Contact Information (for questions regarding this claim)

| Phone | Email | Address | Reference Number |
|---|---|---|---|
| (877) 893-8820 | POC_AIS@aisinfo.com | 4515 N Santa Fe Ave Oklahoma City, OK  73118 | 9003407 |

## Special Notice

*"Last Payment Date" is the date the creditor received delivery of payment from the debtor, regardless of whether such payment was applied to the account referenced in this claim in full or in part, or subsequently returned or denied in accordance with applicable law.

Debtor 1    EBONY ROBINSON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE    District of PENNSYLVANIA
                                                              (State)

Case number    26-00940

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Capital One, N.A. by AIS InfoSource LP as agent
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  Not Applicable

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g))

Where should notices to the creditor be sent?

Capital One N.A. by AIS InfoSource LP as agent
Name

4515 N Santa Fe Ave
Number                         Street

Oklahoma City          OK          73118
City                    State       ZIP Code

Contact phone (877) 893-8820

Contact email  POC_AIS@aisinfo.com

Uniform claim identifier (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Capital One N.A. by AIS InfoSource LP as agent
Name

PO Box 71083
Number                         Street

Charlotte          NC          28272-1083
City                State       ZIP Code

Contact phone (877) 893-8820

Contact email  POC_AIS@aisinfo.com

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____        Filed on _____
                                                                            MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

6. Do you have any number you use to identify the debtor?

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   7 ___ 1 ___ 9 ___ 7 ___

7. How much is the claim?   $ 4,262.43 _____ .

Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Credit Card _____

9. Is all or part of the claim secured?

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ _____

Amount of the claim that is secured:   $ _____

Amount of the claim that is unsecured:   $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____

Annual Interest Rate (when case was filed)   _____%
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No
☐ Yes.   Amount necessary to cure any default as of the date of the petition.   $ _____

11. Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507 (a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C § 507 (a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. §507 (a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507 (a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br><br>☐ I am the creditor.<br><br>☑ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward that debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date    04/21/2026
           MM / DD / YYYY


/s/ Hiral Jaiswal
    Signature


### Print the name of the person who is completing and signing this claim:

| Name | Hiral Jaiswal | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | Bankruptcy Specialist | | |
| Company | AIS InfoSource, LP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 4515 N Santa Fe Ave | | |
| | Number      Street | | |
| | Oklahoma City | OK | 73118 |
| | City | State | Zip Code |
| Contact Phone | (877) 893-8820 | Email | POC_AIS@aisinfo.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing proof of claim document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the proof of claim was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

### Case Information

| Debtor(s) | | | | |
|---|---|---|---|---|
| EBONY ROBINSON | | | | |
| Street | | City | State | Zip |
| PO BOX 1254 | | YORK | PA | 17405 |
| Case Number | Court | | Chapter | Filing Date |
| 26-00940 | Middle District of Pennsylvania | | 13 | 04/08/2026 |

JACK N ZAHAROPOULOS
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036

ProSe

By:
/s/ Hiral Jaiswal
Hiral Jaiswal
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

# Magisterial District Judge 19-1-05



Capital One N A
v.
Ebony C. Robinson

Page 1 of 1

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Joel N. Toluba | File Date: | 07/17/2024 |
| Claim Amount: | $4,262.43 | Case Status: | Closed |
| Judgment Amount: | | County: | York |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Hearing | 08/19/2024 | 8:55 am | Courtroom: MDJ-19-1-05 | Joel N. Toluba | Continued |
| Hearing | 09/09/2024 | 2:30 pm | Courtroom: MDJ-19-1-05 | Joel N. Toluba | Scheduled |

## CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Robinson, Ebony C. | York, PA 17401 |
| Plaintiff | Capital One N A | Eatontown, NJ 07724 |

## DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-19105-CV-0000067-2024 | Capital One N A | Ebony C. Robinson | Withdrawn | 09/06/2024 |

## ATTORNEY INFORMATION

**Private**

Name: Robert Louis Baroska III, Esq.

Representing: Capital One N A

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 306728

Phone No.: 732-544-9080

Address:  C/O Law Offices of Hayt, Hayt & Landau, LLC
2 Industrial Way West, PO Box 500
Eatontown, NJ 07724

Entry of Appearance Filed Dt: 07/17/2024

Withdrawal of Entry of Appearance Filed Dt:

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 09/06/2024 | Withdrawn | Magisterial District Court 19-1-05 | Ebony C. Robinson, Defendant |
| 08/09/2024 | Intent to Defend Filed | Ebony C. Robinson | Ebony C. Robinson, Defendant |
| 07/18/2024 | Certified Civil Complaint Issued | Magisterial District Court 19-1-05 | Ebony C. Robinson, Defendant |
| 07/17/2024 | Entry of Appearance Filed | Robert Louis Baroska III, Esq. | Capital One N A, Plaintiff |
| 07/17/2024 | Civil Complaint Filed | Capital One N A | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

Case 1:26-bk-00940-HWV   Doc 34   Filed 06/17/26   Entered 06/17/26 13:34:37   Desc
Main Document    Page 8 of 14

LAW OFFICES OF

## HAYT, HAYT & LANDAU, LLC

MARTIN RUBIN*
MANAGING ATTORNEY

ROBERT L. BAROSKA 3RD*
CHAIRMAN, LITIGATION DEPARTMENT

* MEMBER NEW JERSEY, PENNSYLVANIA
AND NEW YORK BARS
► MEMBER NEW JERSEY AND PENNSYLVANIA BARS

EMANUEL HAYT (1929-1983)
LILLIAN R. HAYT (1929-1963)
BERNARD D. LANDAU (1955-1988)

PENNSYLVANIA OFFICE
123 S. BROAD STREET
SUITE 1325
PHILADELPHIA, PA 19109-1003

TELEPHONE (215) 928-1400

TWO INDUSTRIAL WAY WEST
EATONTOWN, NEW JERSEY 07724-0500
TELEPHONE (732) 544-9080
FAX (732) 389-1756
WEBSITE: www.haytlaw.com

SEPTEMBER 05, 2024

From the desk of BRYAN J. POLAS, ESQ.

VIA FAX: 717-771-9538
THE HONORABLE JOEL N TOLUBA
Mag. Dist. No. 19-1-05

YORK PA, 17401

Re: CAPITALONE, N.A.
vs.
EBONY C ROBINSON
Docket Number: CV-0000067-24
Date Filed:    07/17/2024
Hearing Date:  09/09/2024
Our File No.:  759693

Dear Judge,

This office represents the Plaintiff in regard to the above-referenced matter.

Pursuant to Pa. R.C.P.M.D.J. No. 320 (A), we respectfully request withdrawal of the complaint in civil action.

If you should have any questions or concerns, please do not hesitate to contact us.

Thank you.



Respectfully submitted to the
Court by:
BRYAN J. POLAS, ESQ.
PENNSYLVANIA BAR #322175
LAW OFFICES OF
HAYT, HAYT & LANDAU LLC

CC: EBONY C ROBINSON
835 W POPLAR ST
YORK PA, 17401

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF YORK



# NOTICE OF SETTLEMENT / WITHDRAWAL

| | |
|---|---|
| Mag. Dist. No: | MDJ-19-1-05 |
| MDJ Name: | Honorable Joel N. Toluba |
| Address: | 745 W. Mason Avenue York, PA 17401 |
| Telephone: | 717-771-4795 |

Capital One N A
v.
Ebony C. Robinson

| | |
|---|---|
| Docket No: | MJ-19105-CV-0000067-2024 |
| Case Filed: | 7/17/2024 |

File Copy

THIS IS TO NOTIFY YOU THAT:

On 09/06/2024, the complaint filed by Capital One N A against Ebony C. Robinson has been Withdrawn.

If you have questions regarding this notice, please contact the Magisterial District Court at the address and telephone number provided above.

September 06, 2024

Date

*Joel N. Toluba*

The Honorable Toluba



FREE INTERPRETER
www.pacourts.us/language-rights
717-771-9234

LAW OFFICES OF

MARTIN RUBIN*
MANAGING ATTORNEY

ROBERT L. BAROSKA 3RD▶
CHAIRMAN, LITIGATION DEPARTMENT

● MEMBER NEW JERSEY, PENNSYLVANIA
AND NEW YORK BARS
▶ MEMBER NEW JERSEY AND PENNSYLVANIA BARS

# HAYT, HAYT & LANDAU, LLC

TWO INDUSTRIAL WAY WEST
EATONTOWN, NEW JERSEY 07724-0500
TELEPHONE (732) 544-9080
FAX (732) 389-1756
WEBSITE: www.haytlaw.com

EMANUEL HAYT (1929-1983)
LILLIAN R. HAYT (1929-1963)
BERNARD D. LANDAU (1955-1988)

PENNSYLVANIA OFFICE
123 S. BROAD STREET
SUITE 1325
PHILADELPHIA, PA 19109-1003

TELEPHONE (215) 928-1400

AUGUST 14, 2024

From the desk of BRYAN J. POLAS, ESQ.

VIA FAX: 717-771-9538
The Honorable JOEL N TOLUBA
Magisterial District No. 19-1-05
745 W MASON AVE

YORK, PA 17401

REQUEST FOR CONTINUANCE
INTENT TO DEFEND HEARING DATE SEPTEMBER 09, 2024

> PLAINTIFF:    CAPITAL ONE, N.A.
> DEFENDANT:    EBONY C ROBINSON
> DOCKET NO.:   CV-0000067-24
> HHL FILE NO.: 759693-001-W+ LIT

Your Honor:

This office represents the Plaintiff in the above-referenced matter, which is scheduled for a hearing on SEPTEMBER 09, 2024. We are requesting a sixty (60) day CONTINUANCE to afford the parties an opportunity to work toward an amicable resolution. This continuance request is reasonably necessary and is not intended to delay the expeditious adjudication of this matter.

Please contact us at your convenience should there be any questions.

Thank you for your consideration of this request.

> Respectfully submitted to the
> Court by:
> BRYAN J. POLAS, ESQ.
> PENNSYLVANIA BAR #322175
> LAW OFFICES OF
> HAYT, HAYT & LANDAU LLC

cc: EBONY C ROBINSON

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The information in this facsimile transmission is privileged and confidential, intended only for the individual or organization named above. Any other distribution is strictly prohibited. If you have received this transmission in error, please call us at (732) 544-9080 for further instructions.

**LOCAL BANKRUPTCY FORM 3007-1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**EBONY ROBINSON** | **CHAPTER** | **13** |
| | **CASE NO.** | **1:26-bk-00940-HWV** |
| **Debtor(s)** | **ADV. NO.** | - -ap- |
| | **NATURE OF**<br>**PROCEEDING:** | **OBJECTION TO CLAIM** |
| **EBONY ROBINSON** | **DOCUMENT No.** | Enter text |
| **Objector** | | |
| vs. | | |
| **CAPITAL ONE N.A** | | |
| **Claimant** | | |

**TO: CAPITAL ONE N.A ("Claimant")**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

EBONY ROBINSON **filed an objection to the proof of claim you filed in this bankruptcy case.**

**NOTICE: Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

If you do not want the court to enter an order affecting your claim, then on or before July 17, 2026, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

☐ 274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

☒ Sylvia H. Rambo U.S. Courthouse
1501 N. 6th Street, 3rd floor
Harrisburg, PA 17102

Rev. Dec 1, 2017

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above

You must also send a copy of your request for hearing or response to:

CAPITAL ONE N.A
4515 N. Santa Fe Ave Oklahoma City
N/A
(Movant's attorney's name and address)

Enter text
Enter text
Enter text
(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

EBONY ROBINSON
Objector
P.O BOX 1254
YORK PA 17405
(Address)
N/A
(Phone)
N/A
(Facsimile)
Erob316@yahoo.com
(Email)
N/A
(Attorney ID No.)

Date of Notice: 06/17/2026

3