United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 26-00940-HWV

Ebony Robinson                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                     Page 1 of 1

Date Rcvd: Jun 18, 2026                  Form ID: orfeedue                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID             Recipient Name and Address**
db             + Ebony Robinson, PO Box 1254, York, PA 17405-1254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Ebony Robinson
aka Ebony Correnda Robinson

Chapter 13

Case number 1:26−bk−00940−HWV

Document Number: 37

**Debtor(s)**

### <u>Order Filing Fee Due</u>

Finding that the fee in the amount of **$34.00** assessed in connection with the filing of the Amendments to Schedules, has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **June 25, 2026.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 18, 2026

orfeedue(05/26)