United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 26-00940-HWV

Ebony Robinson                                                  Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 1

Date Rcvd: Jun 18, 2026                 Form ID: ortext                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db              +      Ebony Robinson, PO Box 1254, York, PA 17405-1254

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jun 20, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name                          Email Address**

Jack N Zaharopoulos
                              ecf@pamd13trustee.com

Matthew K. Fissel
                              on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
                              ustpregion03.ha.ecf@usdoj.gov


TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson
aka Ebony Correnda Robinson

**Debtor 1**

Chapter: 13

Case number: 1:26−bk−00940−HWV

## ORDER

The Objection to Claim Number 2 filed at docket entry #34 did not include a proper proposed order. If a proper proposed order is not filed by 6/23/2026, the Objection to Claim Number 2 will be denied without further notice. IT IS SO ORDERED on 6/18/2026. /s/Henry W. Van Eck (RE: related document(s)34). (Price, Lyndsey)

Order Text Entries (Form ortext) (2/19)