United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                 Case No. 26-00940-HWV

Ebony Robinson                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1               User: AutoDocke               Page 1 of 1

Date Rcvd: Jul 06, 2026              Form ID: ortext               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID**              **Recipient Name and Address**
db                + Ebony Robinson, PO Box 1254, York, PA 17405-1254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

**Name**              **Email Address**

Jack N Zaharopoulos

     ecf@pamd13trustee.com

Matthew K. Fissel

     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson
aka Ebony Correnda Robinson

**Debtor 1**

Chapter: 13

Case number: 1:26−bk−00940−HWV

## ORDER

A proper certificate of service was not filed with docket entry #35. See L.B.R. 9013−3. Failure to file a proper certificate of service on or before July 11, 2026 may result in the denial of the First Amended Chapter 13 Plan, without prejudice, and without further notice. IT IS SO ORDERED on 7/6/2026. /s/Henry W. Van Eck (RE: related document(s)35). (Gambini, Christopher)

Order Text Entries (Form ortext) (2/19)