United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ebony Robinson

     Debtor

Case No. 26-00940-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: Jul 15, 2026      Form ID: ntcnfhrg      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony Robinson, PO Box 1254, York, PA 17405-1254 |
| 5794113 | + | COLUMBIA GAS OF PENNSYLVANIA, 801 EAST 86TH AVE, MERRILLVILLE, IN 46410-6271 |
| 5794102 | + | DISTRICT OF COLUMBIA, PO BOX 2014, WASHINGTON, DC 20013-2014 |
| 5794103 | + | HIGHMARK CHOICE COMPANY, PO BOX 643322, PITTSBURGH, PA 15264-3322 |
| 5794107 | | PA TURNPIKE TOLL PLATE BY PLATE, PO BOX 64531, PITTSBURGH, PA 15264 |
| 5794110 | + | YORK COUNTY COURT OF COMMONPLEAS, 45 NORTH GEORGE STREET, YORK PA 17401-1240 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5794098 | | Email/Text: ebn@americollect.com | Jul 15 2026 18:50:00 | AMERICOLLECT, 1851 S ALVERNO RD, MANITOWOC, WI 54221 |
| 5794099 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 18:54:23 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5794101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2026 18:54:23 | CITIBANK, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5794100 | + | Email/Text: mediamanagers@clientservices.com | Jul 15 2026 18:50:00 | CLIENT SERVICES, 3451 HARRY S TRUMAN BLVD, SAINT CHARLES, MD 63301-9816 |
| 5797280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 18:54:23 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5794111 | ^ | MEBN | Jul 15 2026 18:45:42 | HAYT HAYT and LANDAU LLC, 2 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 5794104 | | Email/Text: bk@lendmarkfinancial.com | Jul 15 2026 18:50:00 | LENDMARK FINANICAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014 |
| 5794105 | | Email/Text: mdtaoag@mdta.state.md.us | Jul 15 2026 18:50:00 | MARYLAND TRANSPORTATION AUTHORITY, PO BOX 12853, PHILADELPHIA, PA 19176 |
| 5794106 | ^ | MEBN | Jul 15 2026 18:45:39 | ONE ADVANTAGE LLC, 127 EAST SHORE PARKWAY STE A, LAPONTE, IN 46350-2382 |
| 5794108 | + | Email/PDF: ebnotices@pnmac.com | Jul 15 2026 18:54:20 | PENNYMAC LOAN SERVICES LLC, 3043 TOWNSGATE RD, WESTLAKE VILLAGE, CA 91361-3027 |
| 5794112 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 18:54:27 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE DRIVE, NORFOLK, VA 23513 |
| 5806647 | + | Email/PDF: ebnotices@pnmac.com | Jul 15 2026 18:54:23 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5794114 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 15 2026 18:54:26 | SYNCB/LOWES, 1000 LOWES BLVD, |

| | | | |
|---|---|---|---|
| | | | MOORESVILLE, NC 28117-8520 |
| 5811127 | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2026 18:54:19 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5795350 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 15 2026 18:54:19 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5808656 | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2026 18:54:19 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5794109 | + Email/Text: bankruptcynotification@wellspan.org | Jul 15 2026 18:50:00 | WELLSPAN HEALTH, PO BOX 15119, YORK, PA 17405-7119 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson,
aka Ebony Correnda Robinson,

Chapter       13

**Debtor 1**

Case No.       1:26−bk−00940−HWV

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 22, 2026** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 29, 2026 Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 15, 2026 |

ntcnfhrg (08/21)