United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                               Case No. 26-00940-HWV

Ebony Robinson                                Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                  Page 1 of 1

Date Rcvd: Jul 22, 2026             Form ID: ortext                   Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ebony Robinson, PO Box 1254, York, PA 17405-1254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5794099 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 19:01:53 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                               Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson
aka Ebony Correnda Robinson

**Debtor 1**

Chapter: 13

Case number: 1:26−bk−00940−HWV

## ORDER

Upon consideration of the Debtors Objection to Proof of Claim 2−1, and Capital One, N.A.s subsequent filing of Amended Proof of Claim 2−2, which supersedes Proof of Claim 2−1, it is ORDERED that the Objection is DISMISSED AS MOOT. IT IS SO ORDERED on 7/22/2026. /s/Henry W. Van Eck (Price, Lyndsey)

Order Text Entries (Form ortext) (2/19)