United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                      Case No. 26-00940-HWV

Ebony Robinson                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                 Page 1 of 1

Date Rcvd: Jul 27, 2026             Form ID: pdf010               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

**Recip ID**                 **Recipient Name and Address**
db                  +  Ebony Robinson, PO Box 1254, York, PA 17405-1254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                                          :
                                                               :          CHAPTER 13
EBONY ROBINSON, aka EBONY                        :
CORRENDA ROBINSON,                                  :
                                                               :          CASE NO. 1:26-bk-00940-HWV
                              Debtor.                         :

## ORDER

Upon consideration of the Motion to Reconsider Order filed by the Debtor, Doc. 49, and

it appearing that this filing does not comply with the minimal pleading standards required by

Federal Rule of Bankruptcy Procedure 9013; specifically, the filing does not provide sufficient

legal support for the relief sought, it is

**ORDERED** that the Court will not take any action with respect to this filing.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 27, 2026