In re:

Ebony Robinson

    Debtor

Case No. 26-00940-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1

Date Rcvd: Jul 29, 2026        Form ID: pdf010        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID**        **Recipient Name and Address**
db        +   Ebony Robinson, PO Box 1254, York, PA 17405-1254

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Harrisburg)
## Bankruptcy Petition #: 1:26−bk−00940−HWV

*Date filed:* 04/08/2026
*341 meeting:* 05/21/2026
*Deadline for filing claims:* 06/17/2026
*Deadline for filing claims (govt.):* 10/05/2026

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 13
Voluntary
Asset

*Debtor 1*                                                     represented by **Ebony Robinson**
**Ebony Robinson**                                                            PRO SE
PO Box 1254
York, PA 17405
YORK−PA
717−487−8083
SSN / ITIN: xxx−xx−8773
*aka* **Ebony Correnda Robinson**

*Trustee*
**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717−566−6097

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221−4515

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 07/29/2026 | | 56 | **Proceeding Memo for hearing scheduled on: 07/29/2026**<br>**MATTER:** Confirmation Hearing and First Amended Chapter 13 Plan <u>35</u> ; Objection by Trustee <u>45</u><br>**APPEARANCES:** Douglas Roeder and Ebony Robinson<br>**DISPOSITION:** Confirmation Hearing held. Record made. Order − objection(s) sustained, amended plan to be filed within 30 days. If an amended plan is not filed as directed, the above−captioned case may be dismissed without further notice or a hearing upon Certification of Default filed by the Chapter 13 Trustee. IT IS SO ORDERED on 7/29/2026. /s/Henry W. Van Eck (There is no image or paper document associated with this entry.)<br>(Wilson, Tonia) (Entered: 07/29/2026) |