United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-00940-HWV
Ebony Robinson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Aug 24, 2026 Form ID: ordsmiss Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony Robinson, PO Box 1254, York, PA 17405-1254 |
| 5794113 | + | COLUMBIA GAS OF PENNSYLVANIA, 801 EAST 86TH AVE, MERRILLVILLE, IN 46410-6271 |
| 5794102 | + | DISTRICT OF COLUMBIA, PO BOX 2014, WASHINGTON, DC 20013-2014 |
| 5794103 | + | HIGHMARK CHOICE COMPANY, PO BOX 643322, PITTSBURGH, PA 15264-3322 |
| 5794107 | | PA TURNPIKE TOLL PLATE BY PLATE, PO BOX 64531, PITTSBURGH, PA 15264 |
| 5794110 | + | YORK COUNTY COURT OF COMMONPLEAS, 45 NORTH GEORGE STREET, YORK PA 17401-1240 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Aug 24 2026 22:55:00 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5794098 | | Email/Text: ebn@americollect.com | Aug 24 2026 19:02:00 | AMERICOLLECT, 1851 S ALVERNO RD, MANITOWOC, WI 54221 |
| 5794099 | + | EDI: CAPITALONE.COM | Aug 24 2026 22:55:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5794101 | + | EDI: CITICORP | Aug 24 2026 22:55:00 | CITIBANK, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5794100 | + | Email/Text: mediamanagers@clientservices.com | Aug 24 2026 19:01:00 | CLIENT SERVICES, 3451 HARRY S TRUMAN BLVD, SAINT CHARLES, MD 63301-9816 |
| 5797280 | | EDI: CAPITALONE.COM | Aug 24 2026 22:55:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5794111 | ^ | MEBN | Aug 24 2026 18:57:03 | HAYT HAYT and LANDAU LLC, 2 INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724-2279 |
| 5794104 | | Email/Text: bk@lendmarkfinancial.com | Aug 24 2026 19:01:00 | LENDMARK FINANICAL SERVICES, 2118 USHER ST, COVINGTON, GA 30014 |
| 5794105 | | Email/Text: mdtaoag@mdta.state.md.us | Aug 24 2026 19:02:00 | MARYLAND TRANSPORTATION AUTHORITY, PO BOX 12853, PHILADELPHIA, PA 19176 |
| 5794106 | ^ | MEBN | Aug 24 2026 18:57:03 | ONE ADVANTAGE LLC, 127 EAST SHORE PARKWAY STE A, LAPONTE, IN 46350-2382 |
| 5794108 | + | Email/PDF: ebnotices@pnmac.com | Aug 24 2026 19:11:59 | PENNYMAC LOAN SERVICES LLC, 3043 TOWNSGATE RD, WESTLAKE VILLAGE, CA 91361-3027 |
| 5794112 | | EDI: PRA.COM | Aug 24 2026 22:55:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE DRIVE, NORFOLK, VA 23513 |
| 5806647 | + | Email/PDF: ebnotices@pnmac.com | Aug 24 2026 19:01:22 | PennyMac Loan Services, LLC., P.O. Box 2410, |

| | | | | |
|---|---|---|---|---|
| | | | | Moorpark, CA 93020-2410 |
| 5794114 | + | EDI: SYNC | Aug 24 2026 22:55:00 | SYNCB/LOWES, 1000 LOWES BLVD, MOORESVILLE, NC 28117-8520 |
| 5811127 | | EDI: AIS.COM | Aug 24 2026 22:55:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5795350 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 24 2026 19:01:20 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5808656 | | EDI: AIS.COM | Aug 24 2026 22:55:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5794109 | + | Email/Text: bankruptcynotification@wellspan.org | Aug 24 2026 19:02:00 | WELLSPAN HEALTH, PO BOX 15119, YORK, PA 17405-7119 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Defendant Pennymac Loan Services LLC msoboleski@kmllawgroup.com |
| Maggie Soboleski | on behalf of Defendant Mortgage Electronic Registration Systems (MERS) msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Ebony Robinson
aka Ebony Correnda Robinson

Case number 1:26−bk−00940−HWV

**Debtor 1**

**Order**

**IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated April 9, 2026.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 24, 2026

ordsmiss (05/18)